# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>    Plaintiff,<br><br>v.<br><br>KUNDUZ KABOB & PIZZA LLC, *et al.*,<br><br>    Defendants. | Case No. 24-cv-1386-BAS-SBC<br><br>**ORDER VACATING DEADLINES IN LIGHT OF NOTICE OF SETTLEMENT (ECF No. 6)** |

    Plaintiff commenced this action against, *inter alia*, Defendant Kunduz Kabob & Pizza LLC, on August 3, 2024. (ECF No. 1.) Plaintiff served Defendant Kunduz Kabob & Pizza LLC on August 5, 2024. (ECF No. 3.) Under Rule 12(a) of the Federal Rules of Civil Procedure, the deadline to file an answer or otherwise respond to the Complaint for Defendant Kunduz Kabob & Pizza LLC was August 26, 2024. Fed. R. Civ. P. 12(a)(1)(A)(i). After the deadline elapsed, Defendant Kunduz Kabob & Pizza LLC had not responded to the Complaint or otherwise defended itself in this action.

    Similarly, Plaintiff served Defendant Ronald Schafer on August 10, 2024. (ECF No. 4.) Accordingly, Defendant Ronald Schafer was required to file an answer or otherwise respond to the Complaint no later than September 1, 2024. Fed. R. Civ. P. 12(a)(1)(A)(i). After the deadline elapsed, Defendant Ronald Schafer had not responded to the Complaint or otherwise defended himself in this action.

Despite the defendants' failures to appear or otherwise respond to the action, Plaintiff did not either request entry of default under Federal Rule of Civil Procedure 55 or otherwise prosecute this case. Therefore, the Court ordered Plaintiff to show cause as to why the action should not be dismissed for failure to prosecute. (ECF No. 5.) Plaintiff responded by filing a Notice of Settlement, indicating the parties had reached a settlement agreement and would file a Notice of Dismissal with prejudice within sixty (60) days, or no later than December 9, 2024. (ECF No. 6.) In light of the settlement, Plaintiff requested the Court vacate all deadlines in the case. (*Id.*) Plaintiff's request is hereby **GRANTED**. The Court vacates all deadlines and further **ORDERS** Plaintiff to either file a Notice of Dismissal with prejudice, or otherwise file a status report, **no later than December 9, 2024**.

    IT IS SO ORDERED.

**DATED: October 9, 2024**

Hon. Cynthia Bashant
United States District Judge